

**United States District Court**
Central District of California
**Office of the Clerk**

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 06, 2025

Clerk, United States District Court

_____ District of _____Nevada_____

U,S. Courthouse and Federal Building
400 South Virginia Street, Room 321
Reno, NV 89501-2193

Re:   Transfer of Jurisdiction of Probation
      Your Case No.  2:15CR00124
      Assigned Our Case No.  8:25-cr-00028 -JWH
      Case Title:  USA v. YNIGUEZ

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge DOLLY M. GEE_____.

   Please forward to this district copies of the following documents:
   1)   Indictment, Information, or Complaint
   2)   Judgment and Probationary Order
   3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

   The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

                                                            Sincerely,

                                                            Clerk, U.S. District Court

                                                            By  Yvette Louis, yvette_louis@cacd.uscourts.gov
                                                                Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (06/24)            **TRANSMITTAL LETTER - PROBATION TRANSFER IN**