

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           ) Case No. SA CR 25-00028-JWH
                                        )
12                 Plaintiff,           ) ORDER OF DETENTION AFTER
                                        ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13          v.                          ) U.S.C. . § 3143(a)]
                                        )
14  DAVID YNIGUEZ,                      )
                                        )
15                                      )
                   Defendant.           )
16                                      )
17

    The defendant having been appeared pursuant to a warrant issued by the United
18
19  States District Court for the Central District of California for alleged violations of the terms
20  and conditions of his supervised release; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24    A. ( ) The defendant has not met his burden of establishing by clear and convincing
25       evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This
26       finding is based on:
27
28       and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Instant allegations, criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 4/10/2025

DOUGLAS F. McCORMICK
United States Magistrate Judge